**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:12CR27** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ROBERT FAULKNER and** | ) | |
| **KAREN N. FAULKNER-KING,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the oral motions of defendants Robert Faulkner and Karen N. Faulkner-King for an extension of the pretrial motion deadline. The motion was made during the arraignment on the Indictment on March 28, 2012. The government had no objection to the motion. Both defendants acknowledged the additional time needed for their motions would be excluded under the calculations under the Speedy Trial Act. The oral motions were granted.

**IT IS ORDERED:**

1. The defendants' motions for an extension of time to file pretrial motions is granted. Each defendant shall have **to on or before June 8, 2012**, in which to file pretrial motions in accordance with the progression order.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from April 19, 2012 (original motion deadline), and June 8, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 28th day of March, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge