IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR27 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT FAULKNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to withdraw motion for final order of forfeiture (Filing No. 74). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the motion for final order of forfeiture (Filing No. 73) is deemed withdrawn.

DATED this 2nd day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court