IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR27 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT FAULKNER and KAREN N. FAULKNER-KING, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion to extend deadline to file objections to presentence investigation report (Filing No. 78). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant Robert Faulkner shall have until December 20, 2013, to file objections to the presentence investigation report.

DATED this 11th day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court