IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:12CR27 |
| Plaintiff, | |
| vs. | **ORDER** |
| ROBERT FAULKNER and KAREN FAULKNER-KING, | |
| Defendants. | |

This matter comes on before the Court upon the United States of America's Motion to Partially Vacate the Preliminary Order of Forfeiture (Filing No. 147).  The Court finds the motion should be sustained.

IT IS ORDERED:

1.  The United States of America's Motion to Partially Vacate the Preliminary Order of Forfeiture is hereby sustained.

2.  That part of the Preliminary Order of Forfeiture (Filing No. 67) which forfeited Karen Faulkner-King's interest in $2,541.46 seized December 16, 2011, from Account Number 11350010 at Great Western Bank and $154.77 seized December 16, 2011, from Account Number 11350029 at Great Western Bank is hereby vacated.   All remaining provision of the Preliminary Order of Forfeiture remain in full force and effect.

3.   The United States is hereby directed to return said sums to Karen Faulkner-King, together with interest calculated from the date of seizure.   The United States is also directed to tender the funds to the trust account of her attorney, James Martin Davis.

DATED this 22nd day of September, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____

**Lyle E. Strom, Senior Judge**
**United States District Court**