IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ROBERT FAULKNER,<br><br>        Defendant. | 8:12CR27<br><br>**FINAL ORDER OF FORFEITURE** |

      This matter is before the Court upon the United States's Motion for Final Order of Forfeiture (Filing No. 151). The Court has reviewed the record in this case and finds as follows:

      1. On September 13, 2013, this Court entered a Preliminary Order of Forfeiture (Filing No. 67), forfeiting the defendant, Robert Faulkner's, interest in $2,079.87 seized December 16, 2011, from Account Number 67082 at Premier Bank and $2,747.28 seized December 16, 2011, from Account Number 9636663859 at Wells Fargo Bank based upon his plea of guilty to Count I and to the Forfeiture Allegation in the Indictment filed herein. By way of said Preliminary Order of Forfeiture, Robert Faulkner's interest in the sums of money was forfeited to the United States.

      2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on September 18, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on November 25, 2013 (Filing No. 72).

      3. The United States informs the Court the accounts from which the above sums of money were seized were held in the names of the defendant, Robert Faulkner, and his wife, Brenda Faulkner. On September 29, 2016, the United States served Brenda Faulkner with a copy of the Preliminary Order of Forfeiture and a copy of a Notice of Forfeiture (Filing Nos. 149 and 150).

These pleadings directed Brenda Faulkner to petition this Court if she wished to contest the forfeiture of the subject sums of money.

4.  The Court has been advised by the United States that no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

5.  Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A.  Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to $2,079.87 seized December 16, 2011, from Account Number 67082 at Premier Bank and $2,747.28 seized December 16, 2011, from Account Number 9636663859 at Wells Fargo Bank held by any person or entity are hereby forever barred and foreclosed.

C.  The aforementioned sums are hereby forfeited to the United States of America.

D.  The United States is directed to dispose of said sums in accordance with law.

DATED this 18th day of November, 2016.

**BY THE COURT:**

/s/ Lyle E. Strom

_____
**LYLE E. STROM, Senior Judge**
**United States District Court**