IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR27 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT FAULKNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to vacate special condition of supervision (Filing No. 156) and on plaintiff's objection to motion to vacate special condition of supervision (Filing No. 159). A hearing was held and defendant offered testimony as to his financial situation.

Defendant has paid the sum of $162,122.89 of his original obligation. It appears to the Court that no significant change in his financial status has occurred since defendant was sentenced on February 13, 2014. The Judgment (Filing No. 96) was filed on February 14, 2014.

After reviewing the material submitted by both the plaintiff and the defendant, the Court finds defendant's motion should be denied. Accordingly,

IT IS ORDERED that defendant's motion to vacate special condition of supervision (Filing No. 156) is denied and plaintiff's objection to motion to vacate special condition of supervision (Filing No. 159) is sustained.

DATED this 29th day of November, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court